# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Dina Arevalo Chicas,

    Petitioner,

v.

Fred Figueroa, et al.,

    Respondents.

No. CV-25-02833-PHX-SHD (DMF)

**ORDER**

    Petitioner filed this habeas action under 28 U.S.C. § 2241 seeking release from immigration detention because she was released on bond, Respondents have not petitioned for the bond to be rescinded or revoked, and no bond money been returned to the guarantor. (Doc. 1.) In their response to the Petition, Respondents "do[] not oppose the petition's request seeking her release from detention" because "an IJ had not revoked Petitioner's bond, and because her BIA appeal is still pending and her removal is currently stayed[.]" (Doc. 7 at 2.) The Court will therefore grant the Petition and order Petitioner's immediate release from custody under the same conditions that existed prior to her unlawful redetention.

    **IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**. Petitioner must be released from immigration custody immediately under the same conditions that existed prior to her unlawful redetention.

///

///

**IT IS FURTHER ORDERED** the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 25th day of August, 2025.

_____
Honorable Sharad H. Desai
United States District Judge