# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dina Arevalo Chicas,<br><br>   Petitioner,<br><br>v.<br><br>Fred Figueroa, et al.,<br><br>   Respondents. | **NO. CV-25-02833-PHX-SHD (DMF)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed August 25, 2025, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted. Judgment is entered in favor of Petitioner and this case is hereby closed.

                 Debra D. Lucas
                 District Court Executive/Clerk of Court

August 25, 2025

                 s/ E. Aragon
              By  Deputy Clerk